IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM MATEER WOLFFE, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WALTER J. GALDENZIE *et al.*, | : | |
| *Defendants* | : | 22-994 |

### ORDER

AND NOW, this 21st day of October 2022, upon review of Defendants Beaufort County Sheriff's Office, Lyle E. Harris, Jeremy Hewitt, and P.J. Tanner's motion to dismiss Mr. Wolffe's complaint (Doc. No. 32) and Mr. Wolffe's response objecting to the motion to dismiss (Doc. No. 34), it is hereby **ORDERED** that Defendants Beaufort County Sheriff's Office, Lyle E. Harris, Jeremy Hewitt, and P.J. Tanner's motion to dismiss (Doc. No. 32) is **GRANTED** and Mr. Wolffe's Complaint is **DISMISSED** as to the Beaufort County Sheriff's Office, Lyle E. Harris, Jeremy Hewitt, and P.J. Tanner.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE