# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM MATEER WOLFFE, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WALTER J. GALDENZIE *et al.*, | : | |
| *Defendants* | : | 22-994 |

## ORDER

**AND NOW**, this 21st day of October 2022, upon review of Plaintiff William Wolffe's Motion For Immediate Removal of the Attorneys of Record For Personal Injuries Committed of Overt Felonious Acts of Fraud Committed on the Court and Fraud Committed on Me and Fraud Committed on "We the People" (Doc. No. 37), Mr. Wolffe's Motion for Order to Compel And For an Investigation for Fraud on the Court (Doc. No. 40), Defendants Wyndham Worldwide Inc., Wyndham Hotel Group, LLC, Wyndham Hotels and Resorts, LLC, Wyndham Hotels and Resorts, Inc., and Wyndham Hotel Management, Inc. letter brief incorporating by reference the Defendants' joint response to Plaintiffs Motion to Remove Counsel of Record filed in the U.S. District Court for the District of South Carolina (Doc. No. 41), Defendants Beaufort County Sheriff's Office, Tanner, Harris, and Hewitt letter brief, incorporating by reference Defendants' joint response to Plaintiffs Motion to Remove Counsel of Record filed in the U.S. District Court for the District of South Carolina (Doc. No. 42), and Mr. Wolffe's reply to Defendants' joint responses on September 7, 2022 (Doc. No. 43), it is hereby **ORDERED** that:

1. Mr. Wolffe's motion to remove all attorneys of record (Doc. No. 37) is **DENIED**.

2. Mr. Wolffe's motion to compel and for an investigation (Doc. No. 40) is **DEEMED MOOT** with respect to his requests to compel responses to his motion to remove counsel

his motion to remand and is **DENIED** with respect to Mr. Wolffe's requests to compel the court to conduct an investigation.

3. Mr. Wolffe's Reply/Motion in Objection to DCCCP Case #2022-1507 New Notice of Removal Filed August 31, 2022 by Same Named Defendants By and Through Attorney Thomas J. Wagner (Exhibit B) and Motion to Remand & Plaintiff's Reply in Opposition to Defendants Walter Galdenzi, 9 Marina, LLC, Suzanne Mark, and Southern Cross Investments, Inc.'s Brief In Support of its Opposition to Plaintiff's Motion to Remand and Counter-Motion to Consolidate with Docket 2:22-cv-00994/2:22-cv-02882 (Doc. No. 45) is **DEEMED MOOT**.

BY THE COURT:

_/s/ Gene E.K. Pratter_
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**