IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM MATEER WOLFFE,<br>*Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| WALTER J. GALDENZIE *et al.*,<br>*Defendants* | : | 22-994 |

### ORDER

**AND NOW**, this ___ day of November 2022, upon review of Defendants Days Inns Worldwide, Inc., Wyndham Worldwide, Inc., Wyndham Hotel Group, LLC, Wyndham Hotels & Resorts, Inc., Wyndham Hotels & Resorts, LLC, and Wyndham Hotel Management, Inc.'s motion to strike and dismiss Mr. Wolffe's (Doc. No. 6) and Mr. Wolffe's objection to the moving defendants motion to strike and dismiss his complaint (Doc. No. 33), it is hereby **ORDERED** that Days Inns Worldwide, Inc., Wyndham Worldwide, Inc., Wyndham Hotel Group, LLC, Wyndham Hotels & Resorts, Inc., Wyndham Hotels & Resorts, LLC, and Wyndham Hotel Management, Inc.'s motion to strike and dismiss (Doc. No. 6) is **GRANTED** and Mr. Wolffe's Complaint is **DISMISSED WITHOUT PREJUDICE** as to Days Inns Worldwide, Inc., Wyndham Worldwide, Inc., Wyndham Hotel Group, LLC, Wyndham Hotels & Resorts, Inc., Wyndham Hotels & Resorts, LLC, and Wyndham Hotel Management, Inc.

BY THE COURT:

_/s/ Gene E.K. Pratter_
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**